## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:                                                      Case No. 15-10246 MCF

WILLIAM ORTIZ MEDINA                         Chapter 13
SARA RAQUEL SEPULVEDA

    Debtor (s)
_____/

## MOTION FOR TIME EXTENSION

**TO THE HONORABLE COURT**

    DEBTOR, by and through the undersigned attorney informs to this Honorable Court the following:

1. On 7/12/2017, the Debtor filed Objection to POC's 3 & 4.

2. On 8/11/2017, Creditor, Midland Funding LLC filed response / opposition to Debtors Objection to POC's 3 & 4.

3. Debtors very respectfully inform their intention to file Sur-reply to Creditor's response / opposition.

4. Therefore, Debtor very respectfully request a 30 days' time extension to file Sur reply.

    **WHEREFORE**, the Debtors respectfully request that this Honorable Court take notice of the information herewith and to grant debtor's request.

    **CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, the USA Trustee and the Chapter 13 Trustee.

**RESPECFULLY SUBMITTED**
In San Juan, Puerto Rico this 7th day of October 2017

          **/s/ Jesus E. Batista Sanchez, Esq.**
          The Batista Law Group, PSC
          Jesus E. Batista Sanchez No. 227014
          Attorney for Debtors
          420 Ave. Juan Ponce de Leon
          Suite 901
          San Juan, P.R. 00918
          Telephone: (787) 303-0325
          Facsimile: (787) 777-1589
          E-mail: jesus.batista@batistalawgroup.com