**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**WILLIAM ORTIZ MEDINA**<br>aka WILLIAM ORTIZ, aka WILLIAM ORTIZ MEDINA<br>**SARA RACHEL SEPULVEDA**<br>aka SARA R SEPULVEDA VERA, aka SARA RACHEL SEPULVEDA VERA<br><br>xxx–xx–9836<br>xxx–xx–1932<br><br>Debtor(s) | Case No. **15–10246 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 10/13/17 |

***ORDER***

The motion filed by Debtors requesting extension of time of 30 days to sur reply to creditor's response (docket #61) is hereby granted. Order due by 11/6/2017.

IT SO ORDERED.

In San Juan, Puerto Rico, this Friday, October 13, 2017 .

*Mildred Caban*
Mildred Caban Flores
United States Bankruptcy Judge