IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                                                                                Case No. 15-10246 MCF

WILLIAM ORTIZ MEDINA                              Chapter 13
SARA RACHEL SEPULVEDA
      Debtor (s)
_____/

**MOTION REQUESTING ENTRY OF ORDER**

**TO THE HONORABLE COURT**

      COMES NOW DEBTOR, represented by its undersigned attorney and respectfully states and prays the following:

1. On 7/12/2017, docket # 47, the Debtor filed objection to POC 1. A 30 days' notice to respond, due by 8/12/2017, was given.

2. As of today, the due date to respond has elapsed and no response has been presented.

      **Therefore**, Debtor very respectfully request from this Honorable Court to take advice of all the information submitted.

      **Wherefore**, Debtors very respectfully request from this Honorable Court to disallow POC 1 as requested.

NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE: I hereby certify that on this date I filed the above document with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all of those who in this case have registered for receipt of notice by electronic mail.**

RESPECFULLY SUBMITTED
In San Juan, Puerto Rico this 30th day of October 2017

                                                      The Batista Law Group, PSC
                                                     Jesus E. Batista Sanchez
                                                     No. 227014
                                                     Attorney for Debtors
                                                     Condominio Midtown
                                                     420 Ave. Juan Ponce de Leon
                                                     Suite 901
                                                     San Juan, P.R.  00918

                                                   **/s/ Jesus E. Batista Sanchez, Esq.**

                                                   Tel: (787) 303-0325 Fax: (787) 777-1589

                                                   E-mail: jesus.batista@batistalawgroup.com